**Order entered September 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00571-CV

### DAVID ARTHUR, Appellant

### V.

### ANGELA LAFRANCES EVANS AND ALL OTHER OCCUPANTS, Appellees

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-00162-2014**

## ORDER

This appeal from an order denying appellant possession of certain real property was abated May 27, 2014 because appellee Angela Evans had filed for bankruptcy. By motion filed September 8, 2014, appellant seeks to reinstate the appeal, asserting the bankruptcy court has signed an order stating the automatic stay does not apply to any eviction proceedings. *See* TEX. R. APP. P. 8.3. Attached to appellant's motion is a copy of the bankruptcy court's order.

We **GRANT** appellant's motion and **REINSTATE** the appeal. *See id.* We note appellant has also filed a motion for voluntary dismissal of the appeal. That motion will be determined in due course.

/s/    ELIZABETH LANG-MIERS
        JUSTICE